UNITED STATES DISTRICT COURT
District of Columbia

Steven B. Pinto,
Plaintiff,

v.

United States Drug Enforcement Administration (DEA),
Defendant.

RECEIVED
Mailroom
JUL 28 2025
Angela D. Caesar, Clerk of Clerk
U.S. District Court, District of Columbia

Case: 1:25-cv-02473
Assigned To : McFadden, Trevor N.
Assign. Date : 7/28/2025
Description: FOIA/Privacy Act (I-DECK)

## MOTION TO COMPEL AGENCY COMPLIANCE UNDER THE FREEDOM OF INFORMATION ACT

### INTRODUCTION

1. This is a Freedom of Information Act civil action brought by Plaintiff Steven B. Pinto, to compel the DEA to produce agency records that are unlawfully being withheld.

2. Under FOIA, an agency must respond to a request within twenty (20) business days. See 5 U.S.C. § 552(a)(6)(A)(i).

3. FOIA further provides that requesters shall be deemed to have exhausted their administrative remedies if the agency fails to respond within the prescribed time. See 5 U.S.C. § 552(a)(6)(C)(i).

### JURISDICTION

4. This Court has jurisdiction pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1331, which confer original jurisdiction on district courts to enjoin agencies from withholding records and to order the production of agency records improperly withheld.

### PARTIES

5. Plaintiff, Steven B. Pinto, is currently incarcerated at FCI Berlin and is the individual who submitted the FOIA request to the DEA on June 14, 2025. A copy of the FOIA request and USPS receipt is attached hereto.

6. Defendant, the Drug Enforcement Administration, is a component of the United States Department of Justice and an agency subject to FOIA under 5 U.S.C. § 552(f).

### FACTS

7. Plaintiff was charged in the following criminal forfeiture cases:
   United States v. Steven Barros Pinto, No. 3:18-cr-00054
   United States v. Steven Barros Pinto, No. 3:20-cr-00011

8. On June 14, 2025, Plaintiff submitted a FOIA request to the DEA seeking documents relating to the seizures and forfeitures in those cases, including but not limited to:
   Records of the initial seizures
   Inventory lists
   Asset identification numbers or seizure numbers
   Case numbers associated with seized items
   Declarations of Forfeiture
   Transfer documents
   Storage records
   Internal communications
   Final forfeiture documents or court orders

9. Plaintiff requested that the DEA respond within the 20-business-day statutory period as required by 5 U.S.C. § 552(a)(6)(A).

10. To date, the DEA has failed to issue a substantive response or provide the requested records.

COUNT I: VIOLATION OF THE FREEDOM OF INFORMATION ACT

11. Plaintiff repeats and realleges paragraphs 1 through 10 as if fully set forth herein.

12. Defendant has wrongfully withheld agency records requested by Plaintiff in violation of FOIA.

13. Plaintiff has been irreparably harmed by Defendant's unlawful refusal to comply with FOIA.

RELIEF REQUESTED
WHEREFORE, Plaintiff respectfully moves this Court to:

1. Order the DEA to conduct a reasonable and adequate search for records responsive to Plaintiff's FOIA request, and to demonstrate the adequacy of such search;

2. Order the DEA to produce all non-exempt responsive records by a date certain, and to provide a Vaughn index identifying any documents withheld under exemption claims;

3. Appoint counsel to Plaintiff for the limited purpose of assisting with this FOIA action;

4. Order that this request be processed and fulfilled on an expedited basis, as the Plaintiff has a pending deadline of November 1, 2025, to file a 28 U.S.C. § 2255 motion for post-conviction relief. The records requested are essential to properly prepare and file said motion. Without timely access to these records, Plaintiff will be severely prejudiced and unable to assert potentially meritorious grounds for relief within the deadline.

5. Furthermore, courts have recognized the authority to accelerate FOIA processing when timing is critical. See Leadership Conference, 404 F. Supp. 2d 246 (accelerating FOIA response where timing was critical to the use of records); Electronic Privacy Information Center v. DOJ, 416 F. Supp. 2d 30, 38 (ordering expedited processing for FOIA request meriting expedition). Id. Relevant case law establishes that courts have the authority to impose concrete deadlines on agencies that delay the processing of requests meriting expedition.

6. Grant any other relief that the Court deems just and proper.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: July 22, 2025

Respectfully submitted,

Steven B. Pinto
Reg. No. 52983424
FCI Berlin
P.O. Box 9000
Berlin, NH 03570

*Steven Pinto*